**Jeffrey M. Edelson, OSB # 880407**
JeffEdelson@MarkowitzHerbold.com
Nathan D. Burcham, OSB #182509
NathanBurcham@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105

**Kelly K. Simon, OSB # 154213**
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OREGON
PO Box 40585
Portland, OR  97240
Tel:  (503) 227-6928

**Nicholas S. Cady, OSB # 113463**
nick@cascwild.org
CASCADIA WILDLANDS
PO Box 10455
Eugene, OR  97440
Tel:  (541) 434-1463
Fax:  (541) 434-6494

**Elisabeth Holmes, OSB # 120254**
eli@willametteriverkeeper.org
WILLAMETTE RIVERKEEPER
PO Box 293
Eugene, OR  97440
Tel:  (541) 870-7722

     Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, WILLAMETTE RIVERKEEPER, CASCADIA WILDLANDS, NEIGHBORS FOR CLEAN AIR, AND 350PDX,<br><br>                   Plaintiffs,<br><br>    vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD WOLF, in his capacity as Acting Secretary, U.S. Department of Homeland Security, | No. 3:20-cv-01816<br><br>**NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES' CORPORATE DISCLOSURE STATEMENT** |

**Page 1 -  NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES'
            CORPORATE DISCLOSURE STATEMENT**

                                                  Defendants.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, plaintiff Northwest Center for Alternatives to Pesticides states that it is an Oregon public benefit non-profit organization that does not have parent corporations or stock.

DATED this 20th day of October, 2020.

                            MARKOWITZ HERBOLD PC

By:   *s/ Jeffrey M. Edelson*
        Jeffrey M. Edelson, OSB # 880407
        JeffEdelson@MarkowitzHerbold.com
        Nathan D. Burcham, OSB #182509
        NathanBurcham@MarkowitzHerbold.com
        Telephone:  (503) 295-3085

        Kelly K. Simon, OSB # 154213
        ksimon@aclu-or.org
        AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF OREGON
        Telephone:  (503) 227-6928

        Nicholas S. Cady, OSB # 113463
        nick@cascwild.org
        CASCADIA WILDLANDS
        Eugene, OR  97440
        Telephone:  (541) 434-1463

        Elisabeth Holmes, OSB # 120254
        eli@willametteriverkeeper.org
        WILLAMETTE RIVERKEEPER
        Telephone:  (541) 870-7722

        Of Attorneys for Plaintiffs

1059680