**Jeffrey M. Edelson, OSB # 880407**
JeffEdelson@MarkowitzHerbold.com
Nathan D. Burcham, OSB #182509
NathanBurcham@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105

**Kelly K. Simon, OSB # 154213**
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF OREGON
PO Box 40585
Portland, OR  97240
Tel:  (503) 227-6928

**Nicholas S. Cady, OSB # 113463**
nick@cascwild.org
CASCADIA WILDLANDS
PO Box 10455
Eugene, OR  97440
Tel:  (541) 434-1463
Fax:  (541) 434-6494

**Elisabeth Holmes, OSB # 120254**
eli@willametteriverkeeper.org
WILLAMETTE RIVERKEEPER
PO Box 293
Eugene, OR  97440
Tel:  (541) 870-7722

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, WILLAMETTE RIVERKEEPER, CASCADIA WILDLANDS, NEIGHBORS FOR CLEAN AIR, AND 350 PDX,<br><br>                                  Plaintiffs,<br><br>     vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; CHAD WOLF, in his capacity as Acting Secretary, U.S. Department of Homeland Security, | No.  3:20-cv-01816<br><br>**CASCADIA WILDLANDS' CORPORATE DISCLOSURE STATEMENT** |

**Page 1 -    CASCADIA WILDLANDS' CORPORATE DISCLOSURE STATEMENT**

Defendants.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, plaintiff Cascadia Wildlands states that it is an Oregon public benefit non-profit organization that does not have parent corporations or stock.

DATED this 20th day of October, 2020.

          MARKOWITZ HERBOLD PC

          By:   *s/ Jeffrey M. Edelson*
                Jeffrey M. Edelson, OSB # 880407
                JeffEdelson@MarkowitzHerbold.com
                Nathan D. Burcham, OSB #182509
                NathanBurcham@MarkowitzHerbold.com
                Telephone: (503) 295-3085

                Kelly K. Simon, OSB # 154213
                ksimon@aclu-or.org
                AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OREGON
                Telephone: (503) 227-6928

                Nicholas S. Cady, OSB # 113463
                nick@cascwild.org
                CASCADIA WILDLANDS
                Eugene, OR 97440
                Telephone: (541) 434-1463

                Elisabeth Holmes, OSB # 120254
                eli@willametteriverkeeper.org
                WILLAMETTE RIVERKEEPER
                Telephone: (541) 870-7722

                Of Attorneys for Plaintiffs

1060863