**Jeffrey M. Edelson, OSB # 880407**
JeffEdelson@MarkowitzHerbold.com
**Nathan D. Burcham, OSB #182509**
NathanBurcham@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105

**Kelly K. Simon, OSB # 154213**
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OREGON
PO Box 40585
Portland, OR  97240
Tel:  (503) 227-6928

**Nicholas S. Cady, OSB # 113463**
nick@cascwild.org
CASCADIA WILDLANDS
PO Box 10455
Eugene, OR  97440
Tel:  (541) 434-1463

**Elisabeth Holmes, OSB # 120254**
eli@willametteriverkeeper.org
WILLAMETTE RIVERKEEPER
PO Box 293
Eugene, OR  97440
Tel:  (541) 870-7722

      Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, WILLAMETTE RIVERKEEPER, CASCADIA WILDLANDS, NEIGHBORS FOR CLEAN AIR, AND 350PDX,<br><br>                            Plaintiffs,<br><br>   vs.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, in his capacity as Secretary, U.S. Department of Homeland Security,<br><br>                            Defendants. | No. 3:20-cv-01816-IM<br><br>**PROOF OF SERVICE** |

I hereby certify that on November 2, 2021, I caused true and correct copies of the summonses and Complaint to be sent via Certified Mail, in accordance with Fed. R. Civ. P. 4(i)(2), with postage fully paid thereupon, upon the DHS defendants at the addresses listed below:

1) Chad Wolf, in his official capacity as Acting Secretary,
   U.S. Dept. of Homeland Security
   2707 Martin Luther King Jr. Avenue, SE
   Washington, DC 20528-0485

2) Office of the General Counsel
   2707 Martin Luther King Jr. Avenue, SE
   Washington, DC 20528-0485

I hereby certify that on November 9, 2021, I caused true and correct copies of the summonses and Complaint in to be sent via Certified Mail, in accordance with Fed. R. Civ. P. 4(i)(2), with postage fully paid thereupon, upon the defendants at the addresses listed below:

3) Civil Process Clerk
   U.S. Attorney's Office
   1000 SW 3rd Avenue, Suite 600
   Portland, Oregon 97204

4) Attorney General of the U.S.A.
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

Though Plaintiffs did not receive USPS return receipts by mail for the certified mailings referenced above, the USPS' online tracking tool indicates service was completed at addresses 1), 3), and 4) on or before November 18, 2020.  (*See* Decl. of Nathan Burcham in Support of Proof of Service, Exs. 1-4.)  For service on 2) DHS's Office of the General Counsel, the USPS

**Page 2 - PROOF OF SERVICE**

online tracking information is not available; however, Defendants' counsel confirmed via email that service was completed on November 16, 2020. (*See id.* Ex. 5.)

DATED this 5th day of March, 2020.

> MARKOWITZ HERBOLD PC
>
> By: *s/ Nathan D. Burcham*
> Jeffrey M. Edelson, OSB # 880407
> JeffEdelson@MarkowitzHerbold.com
> Nathan D. Burcham, OSB #182509
> NathanBurcham@markowitzherbold.com
> Telephone: (503) 295-3085
>
> Kelly K. Simon, OSB # 154213
> ksimon@aclu-or.org
> AMERICAN CIVIL LIBERTIES UNION
> FOUNDATION OF OREGON
> Telephone: (503) 227-6928
>
> Nicholas S. Cady, OSB # 113463
> nick@cascwild.org
> CASCADIA WILDLANDS
> Eugene, OR 97440
> Telephone: (541) 434-1463
>
> Elisabeth Holmes, OSB # 120254
> eli@willametteriverkeeper.org
> WILLAMETTE RIVERKEEPER
> Telephone: (541) 870-7722
>
> Of Attorneys for Plaintiffs

1109409

**Page 3 - PROOF OF SERVICE**