**Jeffrey M. Edelson, OSB # 880407**
JeffEdelson@MarkowitzHerbold.com
Nathan D. Burcham, OSB #182509
NathanBurcham@markowitzherbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Tel:  (503) 295-3085
Fax:  (503) 323-9105

**Kelly K. Simon, OSB # 154213**
ksimon@aclu-or.org
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF OREGON
PO Box 40585
Portland, OR  97240
Tel:  (503) 227-6928

**Nicholas S. Cady, OSB # 113463**
nick@cascwild.org
CASCADIA WILDLANDS
PO Box 10455
Eugene, OR  97440
Tel:  (541) 434-1463
Fax:  (541) 434-6494

**Elisabeth Holmes, OSB # 120254**
eli@willametteriverkeeper.org
WILLAMETTE RIVERKEEPER
PO Box 293
Eugene, OR  97440
Tel:  (541) 870-7722

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NORTHWEST CENTER FOR ALTERNATIVES TO PESTICIDES, WILLAMETTE RIVERKEEPER, CASCADIA WILDLANDS, NEIGHBORS FOR CLEAN AIR, AND 350PDX,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOMELAND | No. 3:20-cv-01816-IM<br><br>**PLAINTIFFS'<br>NOTICE OF APPEAL** |

Page 1 -   PLAINTIFFS' NOTICE OF APPEAL

| | |
|---|---|
| SECURITY; CHAD WOLF, in his capacity as Acting Secretary, U.S. Department of Homeland Security,<br><br>                              Defendants. | |

Pursuant to Fed. R. App. Proc. 3 and 4, Plaintiffs Northwest Center for Alternatives to Pesticides, Willamette Riverkeeper, Cascadia Wildlands, Neighbors for Clean Air, and 350PDX hereby respectfully appeal to the United States Court of Appeals for the Ninth Circuit from the Court's August 3, 2021 Opinion and Order Granting Defendants' Motion to Dismiss (Dkt. 56) attached as Exhibit A and Judgment (Dkt. 57) attached as Exhibit B.

DATED this 1st day of September, 2021.

                                MARKOWITZ HERBOLD PC

                                By:    *s/ Nathan D. Burcham*
                                            Jeffrey M. Edelson, OSB # 880407
                                            JeffEdelson@MarkowitzHerbold.com
                                            Nathan D. Burcham, OSB #182509
                                            NathanBurcham@markowitzherbold.com
                                            Telephone:  (503) 295-3085

                                            Kelly K. Simon, OSB # 154213
                                            ksimon@aclu-or.org
                                            AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF OREGON
                                            Telephone:  (503) 227-6928

                                            Nicholas S. Cady, OSB # 113463
                                            nick@cascwild.org
                                            CASCADIA WILDLANDS
                                            Eugene, OR  97440
                                            Telephone:  (541) 434-1463

                                            Elisabeth Holmes, OSB # 120254
                                            eli@willametteriverkeeper.org
                                            WILLAMETTE RIVERKEEPER
                                            Telephone:  (541) 870-7722

                                            Of Attorneys for Plaintiffs